WILLIAM ALLENDORPH, Respondent, *v.* JOHN A. WHEELER, Impleaded, etc., Appellant.

(Argued January 25, 1886 ; decided February 9, 1886.)

THE questions presented in this case were as to the reception and rejection of evidence ; they were disposed of principally in view of the facts.

*George P. Lawton* for appellant.

*James Lansing* for respondent.

EARL, J., reads for affirmance.
All concur.
Judgment affirmed.

---

LOUIS CASPER, Respondent, *v.* EDWIN WALLACE et al., Appellants.

(Submitted January 25, 1886 ; decided February 9, 1886.)

*Blumenstiel & Hirsch* for appellants.

*Stern & Myers* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.